IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv449

| | |
|---|---|
| ECONO-LUBE N' TUNE, INC., ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| ORANGE RACING, LLC; and ) ROBERT TOLLENAAR, ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Continue hearing of the Motion for a Preliminary Injunction (#2). In accordance with Rule 65(a)(1), Federal Rules of Civil Procedure, the Preliminary Injunction Hearing will be re-calendared for September 10, 2012, at 2 p.m. Counsel for plaintiff shall promptly provide the named defendants with a copy of this Order and file an appropriate certificate of service.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Continue hearing of the plaintiff's Motion for a Preliminary Injunction (#2) is **GRANTED,** and the hearing is **RE-CALENDARED** for September 10, 2012, at 2 p.m. in the United States Courthouse in Charlotte, North Carolina.

Signed: August 16, 2012

Max O. Cogburn Jr.
United States District Judge